■ AVINOAM RUDICH, Respondent, v HASSAN KIA, Defendant, and ALI M. KAS, Appellant. [608 NYS2d 82] —Appeal by the defendant Ali M. Kas, as limited by his brief, from stated portions of an order of the Supreme Court, Kings County (Shaw, J.), dated June 26, 1991.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements, for reasons stated by Justice Shaw at the Supreme Court. Bracken, J. P., Balletta, O'Brien and Pizzuto, JJ., concur.